AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

BRIAN FARRELL )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 6:14CV605-ORL-37
)
UNITED RECOVERY SYSTEMS, LP )
as successor in interest to: )
PLAZA RECOVERY, INC. )
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED RECOVERY SYSTEMS, LP
C/O CT CORPORATION SYSTEM
1200 PINE ISLAND RD.
PLANTATION FL 33324

RECEIVED SHERIFF 2014 JUL 31 AM 10:09 BROWARD COUNTY, FLORIDA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BRIAN FARRELL
106 CLEAR LAKE CIRCLE
SANFORD FL 32773

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/16/14                                                        C. Henderson

                                                                *Signature of Clerk or Deputy Clerk*

# BROWARD COUNTY SHERIFF'S OFFICE
P.O. BOX 9507  FORT LAUDERDALE, FLORIDA 33310

## RETURN OF SERVICE

Assignment: 14608  C/O CT CORPORATION SYSTEM
Service Sheet #: 14-038125

FARRELL, BRIAN vs. UNITED RECOVERY SYSTEMS, LP, ET AL
PLAINTIFF                    vs.        DEFENDANT
Case: 14-CV-605-ORL-37-TBS

SUM/COMPLAINT                MIDDLE DISTRICT-FLA.
TYPE OF WRIT                 COURT                HEARING DATE

UNITED RECOVERY SYSTEMS, LP
SERVE    1200 PINE ISLAND ROAD
         PLANTATION, FL 33324

Received this process on 7/31/2014
Date

423035
FARRELL, BRIAN
106 CLEAR LAKE CIRCLE
SANFORD, FL 32773

[X] Served
[ ] Not Served – see comments

8/8/14  at  1245
Date          Time

16709  Attorney

On UNITED RECOVERY SYSTEMS, LP _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

[ ] **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
[ ] At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:
_____, in accordance with F.S. 48.031(1)(a)

[ ] To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

[ ] To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
[ ] To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

[ ] To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

[X] To CT Corp System, as resident agent of said corporation in accordance with F.S. 48.091

[ ] **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

[ ] **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____    2nd attempt date/time: _____

[ ] **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____    2nd attempt date/time: _____

[ ] **OTHER RETURNS:** See comments

COMMENTS: CT Corporation System Contact: Donna Mach

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

SCOTT J. ISRAEL, SHERIFF
BROWARD COUNTY, FLORIDA     14608

BY: _Grant-Walrond_, D.S.

ORIGINAL

| RECEIPT INFORMATION | EXECUTION COSTS | DEMAND/LEVY INFORMATION |
|---|---|---|
| RECEIPT #: 14-038125 | DOCKET & INDEX $0.00 | JUDGMENT DATE: 00/00/0000 |
| CHECK #: 12260054 | LEVYING $0.00 | JUDGMENT AMT.: $0.00 |
| SVC FEE: $40.00 | ADVERTISING | INTEREST PERCENT 0% |
| SUS FEE: $0.00 | HOLDING SALE | INTEREST AMOUNT $0.00 |
| QUANTITY: | POSTAGE $0.00 | SHERIFF'S COST $40.00 |
| ORIG: 1 | BILL OF SALE | TOTAL AMOUNT: $40.00 |
| SVCS: 1 | TOTAL: $40.00 | |

BSO# C1 (REV. 1/2013)                    ORIGINAL